IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Tyrone Tutson, | ) | C/A No.: 1:19-3027-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Target Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the motion [ECF No. 10] of defendant Target Corporation ("Defendant") to compel Tyrone Tutson ("Plaintiff") to produce responses to Defendant's First Set of Interrogatories and First Set of Requests for Production ("Discovery Requests"), which are attached to Defendant's motion at ECF Nos. 10-1 and 10-2.

The motion indicates the Discovery Requests were first served on Plaintiff on November 20, 2019. On January 21, 2020, Plaintiff provided partial answers to Defendant's interrogatories, but did not provide any documents or written responses to the requests for production. [ECF No. 10-5]. After informal attempts to obtain complete responses to the interrogatories

1

and requests for production from Plaintiff, Defendant had not received responses by March 4, 2020, the date Defendant filed its motion to compel.[1]

In light of the foregoing, the court grants Defendant's motion to compel. Plaintiff is directed to provide responses to the discovery requests by March 24, 2020. Because Plaintiff failed to timely respond to the discovery, any and all objections are deemed waived under Fed. R. Civ. P. 33(b)(4). Plaintiff is advised that failure to comply with the court's order may result in a recommendation that this case be dismissed for failure to participate in discovery and/or sanctions, including payment of Defendant's attorneys' fees and costs in preparing such motions.

IT IS SO ORDERED.

March 10, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

_____

[1] Plaintiff indicated he would bring his documents to his deposition previously scheduled for March 10, 2020, but did not confirm whether he still planned to bring the documents after Defendant informed him his deposition was canceled due to his failure to timely comply with the discovery requests.