IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Tyrone Tutson, | ) | C/A No.: 1:19-3027-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Target Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This action was removed to this court on October 25, 2019. [ECF No. 1]. Pursuant to the last scheduling order, dispositive motions, if any, were to be filed by no later than September 4, 2020. [ECF No. 17]. This deadline has now expired.

Because the discovery and dispositive motions deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 8, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge